**MEMO ENDORSED.**


# DeToffol & Gittleman

ATTORNEYS AT LAW

125 Maiden Lane - Suite 5C
New York, New York 10038

www.ddtlaw.com

telephone (212) 962 - 2220
facsimile (212) 962 - 2221


July 6, 2026

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: **Letter Motion to Withdraw Appearance of Joshua Gittleman, Esq. Only**
Rodriguez v. Nike Retail Services, Inc.
SDNY Civil Action No. 1:25-cv-08156 (JHR) (OTW)

Dear Judge Wang:

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw my individual appearance as counsel for Plaintiff Brian Rodriguez. My departure from the firm is the reason for this application. The firm will remain counsel for Plaintiff, and David J. DeToffol, Esq., who has already appeared as counsel of record, will continue to represent Plaintiff in this action.

Because another attorney from the same firm has appeared and will remain in the case, this request will not prejudice Plaintiff or affect any existing deadline or court appearance. I do not assert any retaining or charging lien. A copy of this letter-motion is being served on Plaintiff by USPS Mail.

Respectfully submitted,

/s/ Joshua Gittleman, Esq.


DeTOFFOL & GITTLEMAN, Attorneys at Law
125 Maiden Lane – Suite 5C
New York, New York 10038
Tel. (212) 962-2220
joshua@ddtlaw.com


**SO ORDERED.**

**Ona T. Wang** **August 3, 2026**
**U.S.M.J.**