**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRIAN RODRIGUEZ,

Plaintiff,

-against-

NIKE RETAIL SERVICES, INC.,

Defendant.

25-cv-8156 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, November 19, 2026 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2026
New York, New York